```
   UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 26562
   GAYLE E NAILING
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-2964


----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/05/05 and confirmed on 08/31/05.

     2.  The case was converted to Chapter 7 after confirmation, 11/14/2008.

     3.  The Debtor paid a total of $    9510.00 .

     4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                            PAID            PAID
----------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED           8000.00         1358.13         5140.30
EAGLE FOOD STORE          UNSECURED        NOT FILED           .00             .00
HEALTH SERVICES SYSTEM I  UNSECURED        NOT FILED           .00             .00
ENCORE                    UNSECURED        NOT FILED           .00             .00
JOLIET RADIOLOGICAL SERV  UNSECURED        NOT FILED           .00             .00
KCA FINANCIAL SERVICES    UNSECURED        NOT FILED           .00             .00
KCA FINANCIAL SERVICES    UNSECURED        NOT FILED           .00             .00
KCA FINANCIAL SERVICES    UNSECURED        NOT FILED           .00             .00
KCA FINANCIAL SERVICES    UNSECURED        NOT FILED           .00             .00
KCA FINANCIAL SERVICES    UNSECURED        NOT FILED           .00             .00
SEARS DENTAL              UNSECURED        NOT FILED           .00             .00
EMERGENCY HEALTHCARE PHY  UNSECURED        NOT FILED           .00             .00
MEDICAL BUSINESS BUREAU   UNSECURED        NOT FILED           .00             .00
NCO FINANCIAL             UNSECURED        NOT FILED           .00             .00
TU ELECTRIC               UNSECURED        NOT FILED           .00             .00
DRIVE FINANCIAL SERVICES  UNSECURED            57.33           .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED          3962.45           .00             .00
SOUTHWESTERN BELL TELEPH  UNSECURED           419.73           .00             .00
          Summary of disbursements:

                   SECURED      PRIORITY    UNSECURED         OTHER          TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED  8000.00         .00       4439.51           .00       12439.51
PRINCIPAL PAID      5140.30         .00           .00           .00        5140.30
INTEREST PAID       1358.13         .00           .00           .00        1358.13
TOTAL PAID          6498.43         .00           .00           .00        6498.43
The Debtor's attorney, RONALD D CUMMINGS          , was allowed $    2700.00
and was paid $    106.00  direct and $    2594.00  through the plan.

The Trustee received $     417.57 .
```

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/12/09                    /S/
                                      GLENN STEARNS
                                    CHAPTER 13 TRUSTEE